CHARLES HETHERSTON, Respondent, *v.* CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 13th day of December, 1913, on the verdict of a jury, and also from an order entered on the 26th day of December, 1913, denying a motion for a new trial.

PER CURIAM: The verdict of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence is against the weight of evidence. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.; Dowling, J., dissented. Judgment and order reversed, new trial ordered, costs to appellant to abide event. Order to be settled on notice.

———

CHARLES HORWITZ, Respondent, *v.* UNITED FIREMEN'S INSURANCE COMPANY OF PHILADELPHIA, Appellant.

CHARLES HORWITZ, Respondent, *v.* NORTH BRITISH AND MERCANTILE INSURANCE COMPANY OF LONDON AND EDINBURGH, Appellant.

CHARLES HORWITZ, Respondent, *v.* EQUITABLE FIRE AND MARINE INSURANCE COMPANY, Appellant.

Appeal from orders of the Supreme Court, entered in the New York county clerk's office on the 8th day of April, 1914, granting the plaintiff's motion for a bill of particulars.

PER CURIAM: Subdivision 4 of the notice of motion was entirely unnecessary considering the other clauses of the order as to which the defendants were required to give particulars. The orders are modified by striking out the fourth demand for particulars, and as so modified affirmed, without costs. Present — Ingraham, P. J , McLaughlin, Scott, Dowling and Hotchkiss, JJ. Orders modified as directed in opinion and as so modified affirmed, without costs. Order to be settled on notice.